**STATE of Missouri, Plaintiff/Respondent,**

**v.**

**William F. MANTELS, Defendant/Appellant.**

**No. 57754.**

Missouri Court of Appeals, Eastern District, Division One.

April 23, 1991.

Raymond L. Legg, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

### ORDER

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction of two counts of sale of methamphetamine, a violation of § 195.020, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).